27817. BAILEY *v.* THE STATE.

GUERRY, J. This case is controlled in principle by the decision in *Davis v. State*, ante, 772.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*